**Motion Granted; Dismissed and Memorandum Opinion filed December 17, 2013.**



In The

# Fourteenth Court of Appeals

### NO. 14-13-00874-CV

### HARDAWAY NET-WORKS, INC., Appellant

### V.

### THE CONCENTRIC3 GROUP, INC., Appellee

**On Appeal from the 11th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-32266**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed July 1, 2013. On December 6, 2013, appellant filed a motion to dismiss the appeal because the parties have reached an agreement to compromise and settle their differences arising from the underlying lawsuit. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed with prejudice.

PER CURIAM

Panel consists of Justices Boyce, Christopher, and Brown.